RECEIVED
USDC CLERK, COLUMBIA, SC

2012 DEC 13 PM 1:

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
Civil Action Number: 1:08-CV-2256-TLW-SVH

Isiah James, Jr., )
　　　　　　　　　　　　　　　　)
　　　　　　　Petitioner, )　　NOTICE AND MOTION UNDER RULE
　　　　　　　　　　　　　　　　)　　　　60(b) OF FRCP
vs. )
　　　　　　　　　　　　　　　　)
Warden Ridgeland Correctional )
Institution et al., )
　　　　　　　　　　　　　　　　)
　　　　　　　Respondent(s). )

TO: Tommy Evans, Jr.
　　　POB 50666
　　　Columbia, S. C. 29250

Please take notice the undersigned moves on December 19 201_2_ before the United District Court for South Carolina for an order granting James's Rule 60(b) motion under the Federal Rules of Civil Procedure (FRCP) on the ground(s) FRCP and the memorandum (memo) annexed hereto. This would require setting aside and/or vacating the 9-13-10 and 10-12-10 order(s) in the action herein. This _10_ day of December 201_2_.

　　　　　　　　　　　　　　　　Isiah James Jr.
　　　　　　　　　　　　　　　　Isiah James, Jr., 96883
　　　　　　　　　　　　　　　　RCI, CA-B2, POB 2039
　　　　　　　　　　　　　　　　Ridgeland, S. C. 29936

**DENIED**

Terry L. Wooten  1/28/13
TERRY L. WOOTEN           DATE
U. S. DISTRICT JUDGE

Reason: ① Petitioner shows no change in controlling law, new evidence, or identifies a clear error of law that impugns merits of his case under Rule 60
② Motion is untimely — not filed within a "reasonable time" under Rule 60