UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
Civil Action Number: 1:08-2256-TLW-SVH

Isiah James, Jr., )
 )
         Petitioner, )
 )
    -versus- )                    NOTICE AND MOTION UNDER RULES
 )                                52(b) AND 59(e) OF FRCP
Warden Ridgeland Correctional )
Institution et al., )
 )
         Respondent(s). )

TO: Tommy Evans, Jr.
    POB 50666
    Columbia, S. C. 29250

Please take notice the undersigned moves on February 6, 2013 before the United States District Court for South Carolina for an order amend(ing), alter or amend judgment of 1-28-13 on the ground(s) Federal Rules of Civil Procedure (FRCP) set forth above herein and memorandum (memo) attached hereto.

s/ Isiah James, II
Isish James, Jr., 96883
RCI, CA-52
P. O. Box 2039
Ridgeland, S. C. 29936

**DENIED**

Terry C. Wooten   3/13/13
TERRY L. WOOTEN          DATE
U. S. DISTRICT JUDGE

① No basis for relief under Rule 52(b) or 59(e)
② No basis for relief on Ground Three
③ untimely